**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-2422**

---

P. F. THOMAS, III,

                                    Plaintiff - Appellant,

        versus

GOVERNMENT MICRO RESOURCES, INCORPORATED,

                                    Defendant - Appellee.

---

**No. 98-2450**

---

P. F. THOMAS, III,

                                    Plaintiff - Appellee,

        versus

GOVERMENT MICRO RESOURCES, INCORPORATED,

                                    Defendant - Appellant.

---

Appeals from the United States District Court for the Eastern District of Virginia, at Alexandria. T.S. Ellis, III, District Judge.
(CA-96-1725-A)

---

Submitted: March 16, 1999          Decided: May 3, 1999

---

Before WILLIAMS and KING, Circuit Judges, and BUTZNER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

P. F. Thomas, III, Appellant Pro Se. Frank Willard Dunham, Jr., Michael Stefan Nachmanoff, COHEN, GETTINGS & DUNHAM, Arlington, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

P. F. Thomas, III, sued his former employer, Government Micro Resources, Inc. ("GMR"), alleging racial discrimination and breach of contract. The jury returned a verdict in favor of GMR on the employment discrimination claim and in favor of Thomas on the contract claim. Following the jury's verdict, the district court entered an order denying GMR's Fed. R. Civ. P. 50 motion for judgment as a matter of law on the contract claim. Both parties have appealed. Our review of the record and the district court's order denying GMR's Rule 50 motion discloses no reversible error. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

3